UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

                                                                         CASE NO. 17-20924

**THOMAS M. MILLER**                                       CHAPTER 13
**ANDREA G. MILLER**                                    Judge Tracey N. Wise

**DEBTOR(S)**

MOTION TO RETAIN BONUS

     COME NOW the Debtors, by and through counsel, and pursuant to 11 U.S.C. 105, and 1329, respectfully request an Order allowing the Debtors to retain her bonus so that the Debtors may pay educational needs for their children. Debtor Andrea Miller has received commissions in the amount of 450.00 and 750.00 after taxes. Copies of the relevant pay advices have been provided to the Trustee contemporaneously with this Motion.

     Pursuant to Special Provision 5 of the Debtors' confirmed Chapter 13 plan, the Plan, Debtor Andrea Miller is required to pay he bonus income to the Trustee as part of the Plan. Said provision further provides that the Debtor may file a motion to request to retain some or all of any particular bonus for expenses. The Debtors are required to purchase a $700.00 for an ipad for school, and she has received a bill for $800.00 in school fees. The request would not otherwise alter the Debtors' obligations under the plan, including the amount of the lump sum payment due in month 59.

     WHEREFORE, Debtor requests an Order allowing her to retain her bonus in its entirety to make said repairs.

        Respectfully submitted,

        /s/Michael B. Baker
        Michael B. Baker (91890)
        THE BAKER FIRM, PLLC
        301 W. Pike St.
        Covington, KY 41011
        (859) 647-7777
        Fax (859) 647-7799
        mbaker@bakerlawky.com

## NOTICE

Please take notice that unless written objection is filed within 21 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this September 27, 2019, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, at the e-mail address registered with the Court's CM/ECF system, upon the following:

United States Trustee
Debtor
Beverly M. Burden, Trustee
All parties on the Court's mailing Matrix

        /s/Michael B. Baker
        Michael B. Baker (91890)
        THE BAKER FIRM, PLLC